UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHUMACHOK, SERGIY | § | Case No. 09-24972 |
| CHUMACHOK, LARYSA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 03/30/2012 in Courtroom B,
        Park City Branch Court
        301 Greenleaf Avenue
        Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____
                                          Clerk, U. S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
CHUMACHOK, SERGIY § Case No. 09-24972
CHUMACHOK, LARYSA §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,004.12 |
| and approved disbursements of | $ | 53.71 |
| leaving a balance on hand of[1] | $ | 7,950.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,550.41 | $ 0.00 | $ 1,550.41 |
| Trustee Expenses: JOSEPH E. COHEN | $ 72.96 | $ 0.00 | $ 72.96 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,660.00 | $ 0.00 | $ 1,660.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.91 | $ 3.91 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,283.37 |
| Remaining Balance | | $ | 4,667.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 190,074.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ 8,994.98 | $ 0.00 | $ 220.86 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 7,029.95 | $ 0.00 | $ 172.61 |
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2,112.76 | $ 0.00 | $ 51.88 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 5,806.45 | $ 0.00 | $ 142.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 8,830.26 | $ 0.00 | $ 216.82 |
| 000008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 6,041.90 | $ 0.00 | $ 148.35 |
| 000009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2,362.31 | $ 0.00 | $ 58.00 |
| 000010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 3,995.09 | $ 0.00 | $ 98.09 |
| 000011 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 2,071.89 | $ 0.00 | $ 50.87 |
| 000012 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 7,558.54 | $ 0.00 | $ 185.59 |
| 000013 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 8,733.88 | $ 0.00 | $ 214.45 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 7,287.52 | $ 0.00 | $ 178.94 |
| 000015 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 33,855.95 | $ 0.00 | $ 831.29 |
| 000016 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 4,997.19 | $ 0.00 | $ 122.70 |
| 000017 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 4,997.67 | $ 0.00 | $ 122.71 |
| 000018 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 1,310.94 | $ 0.00 | $ 32.19 |
| 000019 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ 985.54 | $ 0.00 | $ 24.20 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 1,423.31 | $ 0.00 | $ 34.95 |
| 000021 | Ashley Funding Services LLC its successors and assigns as assignee of Reimbursement Technologies, Inc Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 332.00 | $ 0.00 | $ 8.15 |
| 000022 | GE Money Bank dba SAM'S CLUB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 374.93 | $ 0.00 | $ 9.21 |
| 000023 | GE Money Bank dba SAM'S CLUB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 890.22 | $ 0.00 | $ 21.86 |
| 000024 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 9,256.89 | $ 0.00 | $ 227.29 |
| 000025 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 12,033.05 | $ 0.00 | $ 295.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 2,057.66 | $ 0.00 | $ 50.52 |
| 000027 | US Department of Education Direct Loan Svcg PO Box 5609 Greenville,TX 75403-5609 | $ 18,241.78 | $ 0.00 | $ 447.90 |
| 000028 | American Infosource Lp As Agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | $ 1,724.90 | $ 0.00 | $ 42.35 |
| 000029 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | $ 15,160.44 | $ 0.00 | $ 372.25 |
| 000030 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | $ 10,451.73 | $ 0.00 | $ 256.63 |
| 000031 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 403.27 | $ 0.00 | $ 9.90 |
| 000032 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ 751.11 | $ 0.00 | $ 18.45 |
|  | Total to be paid to timely general unsecured creditors |  |  | $ 4,667.04 |
|  | Remaining Balance |  |  | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-24972-ABG
Sergiy Chumachok                                                Chapter 7
Larysa Chumachok
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 3                Date Rcvd: Mar 02, 2012
                              Form ID: pdf006          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
```
db         #+Sergiy Chumachok,    1367 S. Dalton Dr.,    Round Lake,, IL 60073-5684
jdb        #+Larysa Chumachok,    1367 S. Dalton Dr.,    Round Lake,, IL 60073-5684
14145867     American Express,    P.O.Box 0001,    Los Angeles, CA 90096-8000
15398544     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14145869    +Anes Assoc of Crystal LAke,    4309 Medical Center Drive,    Suite A201,    McHenery, IL 60050-8411
14145870    +Bac Home Lns Lp/ctry,    450 American St,    Simi Valley, CA 93065-6285
14145872     Bank Of America,    4060 Ogletown/Stanton Rd,    De5-019-03-07,    Newark, DE  19713
14145873    +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
14145874    +Centegra Helath System,    PO Box 1447,    Woodstock, IL 60098-1447
15327094     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15415150    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14145876    +Chase Bank Usa, Na,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
14145877    +Citi,   POB 6241,    Sioux Falls, SD 57117-6241
14145878     Citi Select,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
14145866     Citibank Sd, Na,    P.O. Box 6500,    C/O Citi Corp,    Sioux Falls, SD  57117-6500
14145880    +Comprehensive Urologic SC,    22285 Pepper Road,    Suite 201,    Barrington, IL 60010-2540
14145882     Express,   P.O. box 659728,    San Antonio, TX 78265-9728
14145884    +Greater Round Lake,    Po Box 1368,    Elmhurst, Il 60126-8368
14145885     Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
14145886    +Hsbc Bank,    PO Box 5219,    Carol Stream, IL 60197-5219
14145887    +Jl Healthcare,    8135 N. Milwaukee Ave,    NIles, Il 60714-2828
14145889     Linebarger Goggan Blair & Sampson,    P. O. Box 06268,    Chicago, IL 60606-0268
14145891     MC Henry Radiologists Immaging Associate,    PO Box 220,    Mc Henery, IL 60051-0220
14145890     Macy’s,   P. O .Box 6891195,    Des Moines, IA 50368-9195
14145892    +Morain Emergency Physcians,    PO Box 8759,    Philideliphia, PA 19101-8759
14145893     Nwe York & Company,    P. O. Box 659728,    San Antonio, TX 78265-9728
14145894    +Orchard Bank,    HSBC,   PO Box 17051,    Baltimore, MD 21297-1051
14145895     Target National Bank,    C/O Target Credit Services,    PO Box 673,    Minneapolis, MN  55440-0673
14145896     The Home Depot/cbsd,    Ccs Gray Ops Center,    PO Box 6497,    Sioux Falls, SD  57117-6497
14145897   ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
            (address filed with court:  U S Department Of Ed,     PO Box 7202,    Utica, NY  13504-7202)
14145898    +UNITED SHOCKWAVE sERVICES,    po bOX 2178,    Des Plaines, Il 60017-2178
15672122   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
15572609     US Department of Education,    Direct Loan Svcg,    PO Box 5609,    Greenville,TX 75403-5609
14145900     Victoria’s secret,    P. O. Box 659728,    San Antonio, TX 78265-9728
14328418    +Wells Fargo Bank, N.A,    1 Home Campus,    MAC ID #X2302-04C,    Des Moines, IA 50328-0001
14174510    +Wells Fargo Bank, N.A,    3476 Stateview Blvd,    MAC #X7801-014,    FortMill, SC 29715-7203
14174489   +++Wells Fargo Bank, N.A,    3476 Stateview Blvd,    Mac#7801,    Fort Mill, SC 29715-7203
14145901    +Wells Fargo Home Mor,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15627483      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:41:02
              American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15460455      E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:44
              Ashley Funding Services LLC its successors and,    assigns as assignee of Reimbursement,
              Technologies, Inc,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14145875     +E-mail/Text: BK.Notifications@jpmchase.com Mar 03 2012 02:38:19       Chase,    Credit Bureau Depa,
              PO Box 901008,    Fort Worth, TX 76101-2008
14145881      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2012 03:50:59       Discover Financial S,
              PO Box15316,    Att:Cms/Prod Develop,    Wilmington, DE  19850-5316
15252813      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2012 03:50:59       Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15553565      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:41:02
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
15468024     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:43:21       GE Money Bank dba SAM’S CLUB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14145883     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:43:20       Gemb/sams Club,    PO Box 981400,
              El Paso, TX 79998-1400
14145888      E-mail/Text: bnckohlsnotices@becket-lee.com Mar 03 2012 02:38:12       Kohl’s Payment Center,
              P. O. Box 2983,    Milwaukee, WI 53201-2983
15328838     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:44
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
15693230      E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:44       Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 11
```

```
District/off: 0752-1                  User: mmyers                  Page 2 of 3                  Date Rcvd: Mar 02, 2012
                                      Form ID: pdf006               Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14145868*       American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
14145879*       Citibank Sd, Na,    P.O. Box 6500,    C/O Citi Corp,    Sioux Falls, SD  57117-6500
14145899*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  Us Bank,    Cb Disputes,    PO Box 108,    St Louis, MO  63116)
14145871      ##Bank of America,    Bankcard Center,    P.O. Box 15184,    Wilmington, DE 19850-5184
                                                                                            TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**                 **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers              Page 3 of 3             Date Rcvd: Mar 02, 2012
                              Form ID: pdf006           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:
         Joseph E Cohen    jcohenattorney@aol.com,
      jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com;jhazdra@cohenandkrol.com
         O Allan  Fridman    on behalf of Debtor Sergiy Chumachok afridman@tds.net,
      ofridman01@sprintpcs.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard S Ralston    on behalf of Plaintiff  Discover Bank richardr@w-legal.com,
      angelan@w-legal.com;adaml@w-legal.com
         Stewart A Chapman    on behalf of Creditor  WELLS FARGO BANK, N.A. northerndistrict@atty-pierce.com
                                                                                                                                                                       TOTAL: 5