# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHUMACHOK, SERGIY | § | Case No. 09-24972 |
| CHUMACHOK, LARYSA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Lns Lp/ctry 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mor 3476 Stateview Blvd Fort Mill, SC 29715 | | | | | |
| 000002 | WELLS FARGO BANK, N.A | | | | | |
| 000001 | WELLS FARGO BANK, N.A | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O.Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | Anes Assoc of Crystal LAke 4309 Medical Center Drive Suite A201 McHenery, IL 60050 | | | | | |
| | Bank Of America 4060 Ogletown/Stanton Rd De5-019-03-07 Newark, DE 19713 | | | | | |
| | Bank Of America 4060 Ogletown/Stanton Rd De5-019-03-07 Newark, DE 19713 | | | | | |
| | Bank Of America 4060 Ogletown/Stanton Rd De5-019-03-07 Newark, DE 19713 | | | | | |
| | Capital 1 Bk 11013 W Broad St Glen Allen, VA  23060 | | | | | |
| | Centegra Helath System PO Box 1447 Woodstock, IL 60098 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Credit Bureau Depa PO Box 901008 Fort Worth, TX 76101 | | | | | |
| | Chase Credit Bureau Depa PO Box 901008 Fort Worth, TX 76101 | | | | | |
| | Citi POB 6241 Sioux Falls, SD  57117 | | | | | |
| | Citi Select P. O. Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Citibank Sd, Na P.O. Box 6500 C/O Citi Corp Sioux Falls, SD  57117-6500 | | | | | |
| | Citibank Sd, Na P.O. Box 6500 C/O Citi Corp Sioux Falls, SD  57117-6500 | | | | | |
| | Citibank Sd, Na P.O. Box 6500 C/O Citi Corp Sioux Falls, SD  57117-6500 | | | | | |
| | Citibank Sd, Na P.O. Box 6500 C/O Citi Corp Sioux Falls, SD  57117-6500 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comprehensive Urologic SC 22285 Pepper Road Suite 201 Barrington, IL 60073 | | | | | |
| | Express P.O. box 659728 San Antonio, TX 78265-9728 | | | | | |
| | Gemb/sams Club PO Box 981400 El Paso, TX  79998 | | | | | |
| | Gemb/sams Club PO Box 981400 El Paso, TX  79998 | | | | | |
| | Greater Round Lake Po Box 1368 Elmhurst, Il 60126 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Hsbc Bank PO Box 5219 Carol Stream, IL  60197 | | | | | |
| | Jl Healthcare 8135 N. Milwaukee Ave, NIles, Il 60714 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohl's Payment Center P. O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Linebarger Goggan Blair & Sampson P. O. Box 06268 Chicago, IL 60606-0268 | | | | | |
| | MC Henry Radiologists Immaging Associate PO Box 220 Mc Henery, IL 60051-0220 | | | | | |
| | Macy's P. O .Box 6891195 Des Moines, IA 50368-9195 | | | | | |
| | Morain Emergency Physcians PO Box 8759 Philideliphia, PA 19101 | | | | | |
| | Nwe York & Company P. O. Box 659728 San Antonio, TX 78265-9728 | | | | | |
| | Orchard Bank HSBC PO Box 17051 Baltimore, MD 212297-1051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target National Bank C/O Target Credit Services PO Box 673 Minneapolis, MN 55440-0673 | | | | | |
| | The Home Depot/cbsd Ccs Gray Ops Center PO Box 6497 Sioux Falls, SD  57117-6497 | | | | | |
| | The Home Depot/cbsd Ccs Gray Ops Center PO Box 6497 Sioux Falls, SD  57117-6497 | | | | | |
| | U S Department Of Ed PO Box 7202 Utica, NY  13504-7202 | | | | | |
| | UNITED SHOCKWAVE sERVICES po bOX 2178 Des Plaines, Il | | | | | |
| | Us Bank Cb Disputes PO Box 108 St Louis, MO  63116 | | | | | |
| | Us Bank Cb Disputes PO Box 108 St Louis, MO  63116 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Victoria's secret P. O. Box 659728 San Antonio, TX 78265-9728 | | | | | |
| 000019 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000028 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000021 | ASHLEY FUNDING SERVICES LLC ITS SUC | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000020 | CHASE BANK USA,N.A | | | | | |
| 000003 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000025 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000024 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000023 | GE MONEY BANK DBA SAM'S CLUB | | | | | |
| 000022 | GE MONEY BANK DBA SAM'S CLUB | | | | | |
| 000018 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000017 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000016 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000015 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000012 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000011 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000032 | ROUNDUP FUNDING, LLC | | | | | |
| 000031 | ROUNDUP FUNDING, LLC | | | | | |
| 000030 | U.S. BANK N.A. | | | | | |
| 000029 | U.S. BANK N.A. | | | | | |
| 000027 | US DEPARTMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-24972 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | CHUMACHOK, SERGIY | | |
| | CHUMACHOK, LARYSA | | |
| For Period Ending: | 12/17/12 | | |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 07/09/09 (f) |
| 341(a) Meeting Date: | 08/03/09 |
| Claims Bar Date: | 06/11/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1367 S. Dalton Dr., Round Lake, IL 60073 | 250,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 2000 Redwood Lane, Northbook, Il 60062 | 300,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. 100 | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. Bank of America , Checking | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. general houshold goods,  bedroom set, living room | 600.00 | 0.00 | | 0.00 | 0.00 |
| 6. necessary wearing apparel | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. wedding ring,  necklace watch, | 350.00 | 0.00 | | 0.00 | 0.00 |
| 8. Farmer Term life insurance no cash value | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9. ABC Home, Inc.  sole shareholder | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2002 Totyota Camry 89,000 miles, needs new windshi | 2,900.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2003 Chevy Astro 200,000 | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. 2007 Toyota Camry  40,000, needs body work in rear | 9,000.00 | 0.00 | | 8,000.00 | FA |
| 13. dell Desk top computer | 100.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.24 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $564,150.00 | $0.00 | | $8,004.24 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL VEHICLE OWNED BY THE DEBTOR.  DEBTOR PURCHASED VEHICLE BACK FROM TRUSTEE.  TRUSTEE HAS REQUESTED THAT A
BAR DATE BE SET FOR CREDITORS TO FILE CLAIMS.  TRUSTEE TO REVIEW CLAIMS THAT HAVE BEEN FILED.  TRUSTEE IS PREPARING HIS
FINAL REPROT AND WILL FILE IT BY 2/28/12.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-24972    ABG   Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | CHUMACHOK, SERGIY | |
| | CHUMACHOK, LARYSA | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 07/09/09 (f) |
| 341(a) Meeting Date: | 08/03/09 |
| Claims Bar Date: | 06/11/10 |

Initial Projected Date of Final Report (TFR): 04/30/11        Current Projected Date of Final Report (TFR): 02/28/12

Ver: 17.00b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-24972  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHUMACHOK, SERGIY | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUMACHOK, LARYSA | Account Number / CD #: | *******1040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5134 | | |
| For Period Ending: | 12/17/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/09 | 12 | SERGIY CHUMACHOK | Sale of Vehicle | 1129-000 | 4,000.00 | | 4,000.00 |
| 09/23/09 | 12 | Sergiy Chumachok | Sale of Vehicle | 1129-000 | 4,000.00 | | 8,000.00 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 8,000.11 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.31 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.51 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.71 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.91 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 8,001.09 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 9.51 | 7,991.58 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 7,991.79 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,991.99 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,992.18 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 7,992.39 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,992.59 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 7,992.80 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,993.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,993.20 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,993.40 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,993.60 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,993.80 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,993.86 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.91 | 7,989.95 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,990.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,990.08 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,990.15 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,990.22 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,990.28 |

Page Subtotals          8,003.70          13.42

Ver: 17.00b

FOR M 2                                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-24972  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHUMACHOK, SERGIY | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUMACHOK, LARYSA | | Account Number / CD #: | *******1040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5134 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,990.35 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,990.42 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,990.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.18 | 7,980.31 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,980.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,970.54 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,970.61 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.83 | 7,960.78 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,960.85 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.44 | 7,950.41 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,950.47 |
| 03/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,950.53 |
| 03/29/12 | | Transfer to Acct #*******2099 | Final Posting Transfer | 9999-000 | | 7,950.53 | 0.00 |

|  | COLUMN TOTALS | 8,004.24 | 8,004.24 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 7,950.53 | |
| | Subtotal | 8,004.24 | 53.71 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 8,004.24 | 53.71 | |

Page Subtotals                0.54            7,990.82

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page:    3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-24972  -ABG |
| Case Name: | CHUMACHOK, SERGIY |
| | CHUMACHOK, LARYSA |
| Taxpayer ID No: | *******5134 |
| For Period Ending: | 12/17/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2099  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/12 | | Transfer from Acct #*******1040 | Transfer In From MMA Account | 9999-000 | 7,950.53 | | 7,950.53 |
| 04/02/12 | 003001 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.41 | 6,400.12 |
| 04/02/12 | 003002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 72.96 | 6,327.16 |
| 04/02/12 | 003003 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,106.67 | 5,220.49 |
| 04/02/12 | 003004 | JOSEPH E. COHEN | Attorney fees per court order | 3110-000 | | 553.33 | 4,667.16 |
| 04/02/12 | 003005 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Claim 000003, Payment 2.45548% | 7100-000 | | 220.87 | 4,446.29 |
| 04/02/12 | 003006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000004, Payment 2.45549% | 7100-000 | | 172.62 | 4,273.67 |
| 04/02/12 | 003007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 2.45556% | 7100-000 | | 51.88 | 4,221.79 |
| 04/02/12 | 003008 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000006, Payment 2.45537% | 7100-000 | | 142.57 | 4,079.22 |
| 04/02/12 | 003009 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 2.45542% | 7100-000 | | 216.82 | 3,862.40 |
| 04/02/12 | 003010 | Chase Bank USA, N.A. PO Box 15145 | Claim 000008, Payment 2.45552% | 7100-000 | | 148.36 | 3,714.04 |

Page Subtotals            7,950.53            4,236.49

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 09-24972  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHUMACHOK, SERGIY | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUMACHOK, LARYSA | | Account Number / CD #: | *******2099  BofA - Checking Account |
| Taxpayer ID No: | *******5134 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/12 | 003011 | Wilmington, DE 19850-5145<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 2.45522% | 7100-000 | | 58.00 | 3,656.04 |
| 04/02/12 | 003012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 2.45551% | 7100-000 | | 98.10 | 3,557.94 |
| 04/02/12 | 003013 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000011, Payment 2.45525% | 7100-000 | | 50.87 | 3,507.07 |
| 04/02/12 | 003014 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000012, Payment 2.45550% | 7100-000 | | 185.60 | 3,321.47 |
| 04/02/12 | 003015 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000013, Payment 2.45538% | 7100-000 | | 214.45 | 3,107.02 |
| 04/02/12 | 003016 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000014, Payment 2.45543% | 7100-000 | | 178.94 | 2,928.08 |
| 04/02/12 | 003017 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services | Claim 000015, Payment 2.45543% | 7100-000 | | 831.31 | 2,096.77 |

|  | | | Page Subtotals | | 0.00 | 1,617.27 | |

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | |
|---|---|
| Case No: 09-24972 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: CHUMACHOK, SERGIY | Bank Name: BANK OF AMERICA, N.A. |
| CHUMACHOK, LARYSA | Account Number / CD #: *******2099 BofA - Checking Account |
| Taxpayer ID No: *******5134 | |
| For Period Ending: 12/17/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/12 | 003018 | PO Box 19008<br>Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000016, Payment 2.45538% | 7100-000 | | 122.70 | 1,974.07 |
| 04/02/12 | 003019 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000017, Payment 2.45554% | 7100-000 | | 122.72 | 1,851.35 |
| 04/02/12 | 003020 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000018, Payment 2.45549% | 7100-000 | | 32.19 | 1,819.16 |
| 04/02/12 | 003021 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000019, Payment 2.45551%<br>(19-1) CREDIT CARD DEBT | 7100-000 | | 24.20 | 1,794.96 |
| 04/02/12 | 003022 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000020, Payment 2.45554% | 7100-000 | | 34.95 | 1,760.01 |
| 04/02/12 | 003023 | Ashley Funding Services LLC its successors and assigns as assignee of Reimbursement Technologies, Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000021, Payment 2.45482% | 7100-000 | | 8.15 | 1,751.86 |

Page Subtotals        0.00        344.91

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-24972  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHUMACHOK, SERGIY | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUMACHOK, LARYSA | Account Number / CD #: | *******2099  BofA - Checking Account |
| Taxpayer ID No: | *******5134 | | |
| For Period Ending: | 12/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/12 | 003024 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000022, Payment 2.45646% | 7100-000 | | 9.21 | 1,742.65 |
| 04/02/12 | 003025 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000023, Payment 2.45557% | 7100-000 | | 21.86 | 1,720.79 |
| 04/02/12 | 003026 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000024, Payment 2.45547% | 7100-000 | | 227.30 | 1,493.49 |
| 04/02/12 | 003027 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000025, Payment 2.45540% | 7100-000 | | 295.46 | 1,198.03 |
| 04/02/12 | 003028 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000026, Payment 2.45522% | 7100-000 | | 50.52 | 1,147.51 |
| 04/02/12 | 003029 | US Department of Education<br>Direct Loan Svcg<br>PO Box 5609<br>Greenville,TX 75403-5609 | Claim 000027, Payment 2.45546% | 7100-000 | | 447.92 | 699.59 |
| 04/02/12 | 003030 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000028, Payment 2.45521% | 7100-000 | | 42.35 | 657.24 |
| 04/02/12 | 003031 | U.S. Bank N.A.<br>P.O. Box 5229 | Claim 000029, Payment 2.45547%<br>(29-1) credit card | 7100-000 | | 372.26 | 284.98 |

| | | | Page Subtotals | | 0.00 | 1,466.88 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 09-24972  -ABG | |
| Case Name: | CHUMACHOK, SERGIY | |
| | CHUMACHOK, LARYSA | |
| Taxpayer ID No: | *******5134 | |
| For Period Ending: | 12/17/12 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2099  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/12 | 003032 | Cincinnati, OH 45201<br>U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000030, Payment 2.45548%<br>(30-1) credit card | 7100-000 | | 256.64 | 28.34 |
| 04/02/12 | 003033 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000031, Payment 2.45493% | 7100-000 | | 9.90 | 18.44 |
| 04/02/12 | 003034 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000032, Payment 2.45503% | 7100-000 | | 18.44 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 7,950.53 | 7,950.53 | 0.00 |
| Less:  Bank Transfers/CD's | | 7,950.53 | 0.00 | |
| Subtotal | | 0.00 | 7,950.53 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 7,950.53 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******1040 | 8,004.24 | 53.71 | 0.00 |
| BofA - Checking Account - ********2099 | 0.00 | 7,950.53 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,004.24 | 8,004.24 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          284.98

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-24972 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHUMACHOK, SERGIY | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHUMACHOK, LARYSA | | Account Number / CD #: | *******2099 BofA - Checking Account |
| Taxpayer ID No: | *******5134 | | | |
| For Period Ending: | 12/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*